IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARIO ORDONEZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>OFFICER BASTIAN et al.,<br><br>　　　　　　Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br><br>Case No. 2:14-CV-630-TS<br><br>District Judge Ted Stewart |

In an Order dated April 11, 2017, the Court required Plaintiff to--within thirty days--file a response showing cause why the Complaint should not be dismissed for failure to prosecute this case. Plaintiff has not responded.

IT IS THEREFORE ORDERED that, because Plaintiff has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's action is DISMISSED without prejudice. This case is CLOSED.

DATED this 19th day of June, 2017.

BY THE COURT:

JUDGE TED STEWART
United States District Court